UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bridgett Anne Glenn,                                          Case No. 3:25-cv-741

        Plaintiff,

    v.                                                                      ORDER AND
                                                                          JUDGEMENT ENTRY

Commissioner of Social Security,

        Defendant.

On January 26, 2026, United States Magistrate Judge Carmen E. Henderson issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's application for Supplemental Security Income.  (Doc. No. 15).  In the R & R, she notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 24).

More than fourteen days passed, and no party filed any objection to the R & R.  I consider their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Henderson's R & R in its entirety as the final Order of this Court.  The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge